THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Matter of the Care and Treatment of Raymond Carter, Appellant.
 
 
 

Appeal from Lexington County
R. Knox McMahon, Circuit Court Judge

Unpublished Opinion No. 2010-UP-050
 Submitted January 4, 2010  Filed January
27, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Assistant Attorney General Deborah R.J. Shupe, all of Columbia, for Respondent.
 
 
 

PER CURIAM: 
 Raymond Carter appeals the trial court's decision to deny his directed verdict
 motion with respect to the State's action to commit him to the custody of the
 Department of Mental Health pursuant to the Sexually Violent Predator Act, S.C.
 Code Ann. §§ 44-48-10 to 44-48-170 (Supp. 2008).  After
 thoroughly reviewing the record and the briefs pursuant to Anders v.
 California, 386 U.S. 738 (1967), State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991) and In re McCoy, 360 S.C. 425, 602 S.E.2d 58
 (2004), we dismiss Carter's appeal and grant counsel's petition to be relieved.[1]  
APPEAL
 DISMISSED. 
HUFF,
 A.C.J., GEATHERS, J., and CURETON, A.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.